UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LLOY WHITE, | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | :   Case No. 1:10-CV-110 (WLS) |
| | : |
| METROPOWER, INC., | : |
| | : |
|     Defendant. | : |

**JOINT PETITION FOR ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS Plaintiff Lloy White ("Plaintiff") has filed this civil action under the Fair Labor Standards Act ("FLSA") alleging that he is entitled to unpaid straight time and overtime compensation; and

WHEREAS, Defendant MetroPower, Inc. ("Defendant") has denied that the Plaintiff is entitled to any unpaid straight time and overtime compensation, and a bona fide dispute exists between the parties over FLSA coverage; and

WHEREAS, the parties have agreed to resolve this dispute by settlement in order to avoid the expense of further litigation; and

WHEREAS, Plaintiff's attorney and Defendant's attorneys have drafted a Settlement Agreement and General Release ("the Agreement") that reflects the terms of the settlement; and

WHEREAS, the Agreement provides for the payment of a lump sum amount of attorneys' fees to Plaintiff's attorneys, and the Plaintiff acknowledges and agrees that this amount represents full and adequate compensation for the attorneys' representation of his claims; and

1

WHEREAS, the parties have agreed, as part of the settlement, to keep the terms of the settlement confidential as far as is permitted by law; and

WHEREAS, the financial terms of the Agreement were provided to the Court in letter format for *in camera* review; and

WHEREAS, the Plaintiff and Defendant believe that they have resolved all issues with regard to the Plaintiff's claim; and

WHEREAS, the parties seek the Court's approval of this Settlement; and

WHEREAS, the parties desire that a Stipulated Final Judgment and Order of Dismissal with Prejudice of Plaintiff's claims be filed with the Court; and

WHEREAS, the Plaintiff and Defendant agree that the settlement amount is fair, reasonable and adequate and that it is the product of arms-length negotiations conducted by experienced counsel familiar with requirements of the Federal Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. (FLSA).

NOW, THEREFORE, the parties, through their counsel, respectfully request the Court to enter an Order approving this settlement and dismissing this action with prejudice with regard to Plaintiff, with each party bearing their own costs and fees.

Attorney for the Defendant:

CONSTANGY BROOKS & SMITH LLP

/w/  W. Jonathan Martin II
W. JONATHAN MARTIN II
Georgia Bar No. 474590

Post Office Box 1975
Macon, Georgia  31202-1975
(478) 750-8600

** Remaining Signature Follows **

Attorney for the Plaintiff:

SOLOMON, SULLIVAN, ROMO & DURRETT

<u>/s/  Erika E. Goodman  (w/express permission)</u>
ERIKA E. GOODMAN
Florida Bar No. 0060951
Admitted Pro Hac Vice

150 John Knox Road
Tallahassee, FL 32303
(850) 385-6668