UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 3:00 P.M. 5/24, 20 11

Deputy Clerk, U.S. District Court
Middle District of Georgia

| | |
|---|---|
| LLOY WHITE, | : |
| Plaintiff, | : |
| v. | : Case No. 1:10-CV-110 (WLS) |
| METROPOWER, INC., | : |
| Defendant. | : |

### STIPULATED FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Petition for Order of Dismissal with Prejudice, and for good cause shown, the Court determines that the settlement proposed by Defendant and Plaintiff is a fair and reasonable resolution of a bona fide dispute between the parties over the Fair Labor Standards Act's provisions as they apply to Plaintiff. The Court therefore approves the settlement and the separate originals of the Settlement Agreement and General Release reflecting the terms of the settlement, copies of which have been reviewed *in camera*. Pursuant to the terms of the settlement as reflected in the Agreement, the above-captioned action is dismissed with prejudice as to Plaintiff, with each party bearing his or its own costs and attorneys' fees not otherwise contemplated in the Agreements.

SO ORDERED this 23rd day of May, 2011.

_W. Louis Sands_
W. LOUIS SANDS
Judge, United States District Court